# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

---

**UNITED STATES OF AMERICA**

v.
**EDICKSON LORA CASTILLO**,
Defendant.

Crim. No. 25-9083 (Mag. J. Waldor)

---

# PROPOSED ORDER

This matter having come before the Court upon the Motion of Defendant Edickson Lora Castillo to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f), and the Court having considered the submissions of the parties;

IT IS on this ___ day of ___________, 2026,

**ORDERED that:**

1. The Defendant's Motion to Reopen the Detention Hearing is **GRANTED**; and
2. Upon reconsideration, Defendant shall be **released pending trial** subject to the following conditions:
   - $100,000 bond co-signed by financially responsible sureties;
   - Home detention with GPS monitoring;
   - Third-party custodian approved by Pretrial Services;
   - Travel restricted to New Jersey and New York;
   - Surrender of passport and no application for new travel documents;
   - No contact with co-defendants or witnesses;
   - Compliance with all conditions of Pretrial Services;
3. Such other conditions as the Court deems appropriate.

________________________________________

Hon. Cathy L. Waldor, U.S.M.J.