# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

---

**UNITED STATES OF AMERICA**

v.
**EDICKSON LORA CASTILLO**,
Defendant.

Crim. No. 25-9083 (Mag. J. Waldor)

---

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2026, I electronically filed the foregoing Motion to Reopen Detention Hearing and for Release on Conditions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Trevor A. Chenoweth
Office of the United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

Respectfully submitted,

/s/ Genesis A. Peduto, Esq.
Genesis A. Peduto, Esq.
Attorney for Defendant