**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

July 27, 2026

**Via ECF**
Hon. Cari Fais
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re: *United States v. Edickson Lora Castillo*, Mag. No. 25-9083

Dear Judge Fais:

Enclosed for your consideration please find a proposed dismissal order as to defendant Edickson Lora Castillo in the above-referenced case. Counsel for Castillo has advised that she and her client consent to the motion and entry of the dismissal order.

If this dismissal order meets with your approval, please sign and enter it on the docket at your convenience.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Andrew Kogan

By: Andrew Kogan
Trevor A. Chenoweth
Assistant United States Attorneys

(Enclosure)

cc: Counsel of Record (via ECF)