**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| v. | : | Mag. No. 25-9083 |
| EDICKSON LORA CASTILLO | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses the Criminal Complaint, Mag. No. 25-9083, against defendant Edickson Lora Castillo, charging the defendant with conspiracy to transport and receive stolen property, contrary to Title 18, United States Code, Sections 2314 and 2315, in violation of Title 18, United States Code, Section 371, and transportation of stolen property, in violation of Title 18, United States Code, Sections 2314, 21, and 2, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

Robert Frazer
ROBERT FRAZER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: July ___, 2026

______________________________
HONORABLE CARI FAIS
UNITED STATES MAGISTRATE JUDGE